Closed

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JADE TURNER-COHEN, | Case No. 2:21-cv-08814-JFW-KS x |
| Plaintiff, | **ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| KOHL'S, INC., a California corporation, | |
| Defendants. | |

Having reviewed the parties' Joint Stipulation for Dismissal of Action with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby ordered that this entire action is dismissed with prejudice in its entirety with each party to bear his/its own respective costs and fees.

**IT IS SO ORDERED**.

Dated:  March 9, 2022

_____

JOHN F. WALTER
United States District Judge